1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARK A. WIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8980
       Facsimile: (415) 744-0134
7      E-Mail: Mark.Win@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                       **SACRAMENTO DIVISION**

12

13 CHERYL D. CUDIA                )
                                  )   CIVIL NO. 2:08-CV-1676-KJM
14       Plaintiff,               )
                                  )
15       v.                       )   STIPULATION AND
                                  )   ORDER TO EXTEND TIME
16 MICHAEL J. ASTRUE,             )
   Commissioner of                )
17 Social Security,               )
                                  )
18       Defendant.               )
   _____)

19

20       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Plaintiff shall have a first extension of time of 30 days, up to and including

22 January 14, 2010, to reply to Defendant's cross- motion for summary judgment. This extension is

23 sought because the parties are currently exploring the possibility of settlement.

24 //

25 //

26 //

27 //

28

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: December 14, 2009 | /s/ *Andrew T. Koenig* <br> (As authorized via telephone) <br> ANDREW T. KOENIG <br> Attorney for Plaintiff |
| Dated: December 14, 2009 | BENJAMIN B. WAGNER <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ *Mark A. Win* <br> MARK A. WIN <br> Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED:  December 16, 2009.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time