BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SCOTT J. BORROWMAN (CA BAR NO. 241021)
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone: 415-977-8942
    Facsimile: 415-744-0134
    E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHERYL D. CUDIA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant | No. 2:08-CV-1676-KJN<br><br>STIPULATION TO REMAND |

The parties hereby stipulate that that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. Section 405(g).

Upon remand the Appeals Council will affirm the favorable determination on the claimant's subsequent applications, and will recommend that medical expert testimony be obtained to address the nature and severity of the claimant's impairments and if warranted, whether an earlier onset date is applicable.

The parties agree that appropriate judgment under sentence four of 42 U.S.C. Section 405(g) may be entered.

Dated: October 7, 2010

             Respectfully submitted,
             BENJAMIN B. WAGNER
             United States Attorney
             LUCILLE GONZALES MEIS
             Regional Chief Counsel, Region IX
             Social Security Administration

BY: /s/ *Scott J. Borrowman*
    SCOTT J. BORROWMAN
    Special Assistant United States Attorney

    Attorneys for Defendant

Dated: October 7, 2010

    Scott J. Borrowman for
BY: /s/ *Andrew T. Koenig**
    ANDREW T. KOENIG

    Attorney for Plaintiff
    CHERYL D. CUDIA
    (*by email authorization on October 7, 2010)

## ORDER

APPROVED AND SO ORDERED

DATE: _October 7, 2010

             KENDALL J. NEWMAN
             UNITED STATES MAGISTRATE JUDGE