IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERYL D. CUDIA

      Plaintiff,                    No. 2:08-cv-01676 KJN

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                <u>ORDER</u>

/

        Presently before the court is plaintiff's motion for attorneys' fees, brought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  (Dkt. No. 32.)

        The court hereby sets forth the following briefing schedule:

        1.    The Commissioner shall submit an opposition brief, if any, on or before November 12, 2010;

        2.    Plaintiff may submit a reply brief on or before November 19, 2010; and

        3.    The motion will be submitted on the papers unless the court notifies the

////

////

////

////

1

1  parties that oral argument is necessary.

2  **IT IS SO ORDERED.**

3  DATED:  October 28, 2010

7  _____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE